May 22, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

PAK FOODS HOUSTON, LLC, Appellant

NO. 14-13-00409-CV                      V.

MARISSA GARCIA, INDIVIDUALLY AND AS NEXT FRIEND OF S.L., A MINOR, Appellees

_____

This cause, an appeal from order denying PAK Foods Houston, LLC's motion to compel arbitration signed April 15, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the trial court's order. We order the trial court's order **AFFIRMED**.

We order appellant, PAK Foods Houston, LLC, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.